IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT C. MATTHEWS,

      Plaintiff,                       No. CIV S-07-1418 GEB KJM P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,

      Defendant.                    <u>ORDER</u>
_____/

      Plaintiff has requested an extension of time to "obtain discovery," which the court construes as a request for extension of time to comply with the court's October 23, 2007 order dismissing plaintiff's complaint and granting leave to amend. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's November 13, 2007 request is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve his amended complaint.

DATED: December 28, 2007.

matt1418.eot

                                              U.S. MAGISTRATE JUDGE