IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

      Plaintiff,                 No. CIV S-07-1418 GEB KJM P

     vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.         <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff's original complaint was dismissed and plaintiff was given leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendant Hui as to plaintiff's third and fourth claims.

        2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed January 5, 2009.

1     3. Within thirty days from the date of this order, plaintiff shall complete the
2  attached Notice of Submission of Documents and submit the following documents to the court:

3       a. The completed Notice of Submission of Documents;

4       b. One completed summons;

5       c. The completed USM-285 form for the defendant listed in number 1
6        above; and

7       d. Two copies of the endorsed amended complaint filed January 5, 2009.

8     4. Plaintiff need not attempt service on defendant and need not request waiver of
9  service. Upon receipt of the above-described documents, the court will direct the United States
10 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11 without payment of costs.

12 DATED: June 18, 2009.

_____
U.S. MAGISTRATE JUDGE

2

matt1418.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

      Plaintiff,                        No. CIV S-07-1418 GEB KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

                                      NOTICE OF SUBMISSION
      Defendants.                  OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____     completed summons form

      _____     completed USM-285 forms

      _____     copies of the _____

                  Amended Complaint

DATED:

                                                _____
                                                Plaintiff