IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

    Plaintiff,                      No. CIV S-07-1418 GEB KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.            ORDER

/

        On June 21, 2010, plaintiff filed a motion for reconsideration of the magistrate judge's order filed June 4, 2010, denying plaintiff's motion for an extension of time. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 4, 2010, is affirmed.

Dated: June 29, 2010

GARLAND E. BURRELL, JR.
United States District Judge