IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

    Plaintiff,             No. CIV S-07-1418 GEB KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.           ORDER
_____/

         On June 19, 2009 and July 13, 2009, the Magistrate Judge issued orders excluding California Department of Corrections as a defendant appropriate for service. On June 21, 2010, plaintiff filed a motion for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's motion for reconsideration of the magistrate judge's orders of June 19, 2009 and July 13, 2009 are therefore untimely.

         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (Docket No. 40) is denied.

Dated: June 29, 2010

GARLAND E. BURRELL, JR.
United States District Judge