1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    SCOTT CHARLES MATTHEWS,

10           Plaintiff,                    No. CIV S-07-1418 GEB KJM P

11        vs.

12   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,

13
             Defendants.                   ORDER
14   _____/

15           In the scheduling order issued November 10, 2009, plaintiff was directed to file

16   his pretrial statement by August 27, 2010, and was warned that failure to file the statement

17   timely might result in dismissal of the action.  Although plaintiff received additional time to

18   pursue discovery and to file dispositive motions, the dates for filing pretrial statements and for

19   the pretrial conference were not changed.   Plaintiff has not filed his pretrial statement.

20           IT IS THEREFORE ORDERED that within fourteen days of the day of this order,

21   plaintiff show cause why this action should not be dismissed for his failure to prosecute.  Failure

22   to respond to this order will result in a recommendation that the action be dismissed.

23   DATED:  September 9, 2010.

24

25                                         _____
                                           U.S. MAGISTRATE JUDGE
26   2/ matt1418.osc

1