1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT CHARLES MATTHEWS,

11              Plaintiff,              No. CIV S-07-1418 GEB KJM P

12       vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
14
                Defendants.            ORDER
15   _____/

16           Plaintiff filed his pretrial statement on September 20, 2010, after the court issued

17   an order to show cause.   In the usual course of litigation, a defendant's pretrial statement is due

18   two weeks after plaintiff's is filed.  See Order filed Nov. 10, 2009.  Defendant has not yet filed

19   his pretrial statement.

20           IT IS THEREFORE ORDERED that defendant's pretrial statement is due within

21   seven days of the date of this order.

22   DATED:  October 21, 2010.

23

24   _____
     U.S. MAGISTRATE JUDGE
25   2
     matt1418.ord
26

                              1