IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

    Plaintiff,                     No. CIV S-07-1418 GEB KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.             <u>ORDER</u>

        On December 28, 2010, plaintiff filed a motion for reconsideration of the magistrate judge's order filed December 10, 2010, denying plaintiff's motion to compel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 10, 2010, is affirmed.

Dated: January 18, 2011

GARLAND E. BURRELL, JR.
United States District Judge