1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9   SCOTT CHARLES MATTHEWS,

10            Plaintiff,                    No. CIV S-07-1418 GEB CKD P

11        vs.

12   HUI,

13            Defendant.                    <u>ORDER</u>
     _____/

14

15        Plaintiff is a state prisoner proceeding without counsel in an action under 42

16   U.S.C. § 1983.  On December 10, 2010, the court allowed both parties twenty-eight days in

17   which to file motions for summary judgment.  Neither party filed a motion.  Since that deadline

18   passed, the parties have filed pre-trial statements.  Therefore, this case will be set for trial.

19        The court has received requests from plaintiff for the issuance of subpoenas duces

20   tecum for documents under Federal Rule of Civil Procedure 45.  The requests are too vague.  To

21   obtain a subpoena for documents from the court, the prisoner must file a motion supported by:

22   (1) clear identification of what documents he seeks; (2) clear identification of the non-party from

23   whom he seeks the documents; and (3) a showing that the records or documents are obtainable

24   only through the identified non-party.  <u>See</u> <u>Heilman v. Lyons</u>, 2010 WL 5168871 at *1 (E.D.

25   Cal.).  In this case, plaintiff's earliest request for the subpoenas came several months after

26   discovery ended.  Therefore, in addition to the three showing indicated above, he also must state

1

the purpose for which he seeks the documents – i.e., whether they are necessary for trial

preparation, and if so, why they are necessary, or whether he intends to introduce them at trial,

and if so, what he intends to prove through their introduction into evidence.

Plaintiff has not provided any of the information described above, so his requests

for subpoenas will be denied.  He may renew his requests by filing a formal motion that contains

the required information.

Accordingly, IT IS HEREBY ORDERED that:

1.   Trial of this case is set to commence April 17, 2012, at 10:00 a.m. in

Courtroom 10 of the Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California.

2.   Plaintiff's requests for subpoenas duces tecum (Docket Nos. 60, 62, 64, 74

and 76) are denied.  Plaintiff has 45 days from entry of this order in which to file a formal motion

requesting the issuance of subpoenas duces tecum.

Dated: November 18, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
matt1418.ord

2