UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

        Plaintiff,                      No. CIV S-07-1418 GEB CKD P

vs.

HUI,                                      **ORDER & WRIT OF HABEAS CORPUS**
                                              **AD TESTIFICANDUM**
        Defendants.

_____/

        Scott Charles Matthews, inmate #10533675, a necessary and material witness in a settlement conference in this case on April 5, 2012, is confined in Oregon State Penitentiary, 2605 State Street, Salem, Oregon, in the custody of the Superintendent; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on April 5, 2012 at 12:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Superintendent to produce the inmate named above to participate by video conference in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Superintendent, Oregon State Penitentiary, 2605 State Street, Salem, Oregon, 97310:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 16, 2012

                                                                       _____
                                                                       CAROLYN K. DELANEY
                                                                       UNITED STATES MAGISTRATE JUDGE