IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS

      Plaintiff,                              No. CIV S-07-1418 GEB CKD P

   vs.

HUI

      Defendant.                           <u>ORDER</u>

/

       Plaintiff is a state prisoner proceeding without counsel in an action under 42 U.S.C. § 1983.  Trial of this case is set to commence on April 17, 2012.  The court has recently set the case for a settlement conference before Magistrate Judge Kellison on April 5, 2012.  In light of the pending settlement conference, the trial date of April 17, 2012, will be vacated.

       Accordingly, IT IS HEREBY ORDERED that the trial date of April 17, 2012, is vacated.

Dated:  February 21, 2012

                                         GARLAND E. BURRELL, JR.
                                         United States District Judge