IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

    Plaintiff,                No. 2: 07-cv-1418 GEB CKD P

    vs.

HUI,

    Defendant.           ORDER

_____/

        Plaintiff is proceeding *pro se* with a prisoner civil rights complaint under 42 U.S.C. § 1983. The court has been made aware that the matter was settled by Magistrate Judge Kellison on May 2, 2012. (See Dkt. No. 100.) In light of the settlement between the parties, the pending outstanding motions will be denied without prejudice.

        Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motions for the issuance of subpoenas (Dkt. Nos. 83 & 85.) are DENIED WITHOUT PREJUDICE;

    2.    Plaintiff's motion to appoint counsel (Dkt. No. 86.) is DENIED WITHOUT PREJUDICE;

    3.    Plaintiff's motions to compel (Dkt. Nos. 90 & 91.) are DENIED WITHOUT PREJUDICE; and

1

4. Plaintiff's motion for an extension of time to review the state's pretrial statement (Dkt. No. 92) is DENIED WITHOUT PREJUDICE.

Dated: August 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
matt1418.misc

2