IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

        Plaintiff,                    No. 2: 07-cv-1418 GEB CKD P

    vs.

HUI,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff is proceeding *pro se* with a prisoner civil rights complaint under 42 U.S.C. § 1983. The court has been made aware that the matter was settled by Magistrate Judge Kellison on May 2, 2012. (<u>See</u> Dkt. No. 100.) In light of the settlement between the parties, the pending outstanding motions will be denied without prejudice.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motions for the issuance of subpoenas (Dkt. Nos. 83 & 85.) are DENIED WITHOUT PREJUDICE;

        2.    Plaintiff's motion to appoint counsel (Dkt. No. 86.) is DENIED WITHOUT PREJUDICE;

        3.    Plaintiff's motions to compel (Dkt. Nos. 90 & 91.) are DENIED WITHOUT PREJUDICE; and

1

4. Plaintiff's motion for an extension of time to review the state's pretrial statement (Dkt. No. 92) is DENIED WITHOUT PREJUDICE.

Dated: August 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
matt1418.misc

2